Keith A. Custis (SBN 218818)
kcustis@custislawpc.com
**CUSTIS LAW, P.C.**
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Telephone: (213) 863-4276
Facsimile: (213) 863-4277

*Counsel for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| COURTNEY CHEEVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TUESDAY MORNING, INC., a Texas corporation,<br><br>Defendant. | Case No. 5:21-cv-01387-JGB-KK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Courtney Cheever hereby voluntarily dismisses all claims against Defendant Tuesday Morning, Inc. and this entire action without prejudice. Defendant has not served an answer or motion for summary judgment in this case, and the Court has not certified a class. Therefore, dismissal is appropriate without a court order. Fed. R. Civ. P. 41(a)(1) (permitting unilateral voluntary dismissal without court approval until Defendant files an answer or a motion for summary judgment); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for certified classes).

Respectfully submitted,

**CUSTIS LAW, P.C.**

Dated: September 20, 2021

By: /s/ *Keith Custis*

Keith Custis
**CUSTIS LAW, P.C.**
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Telephone: (213) 863-4276

*Counsel for Plaintiff and the Proposed Classes*